**Order filed December 31, 2020**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00823-CV

_____

## STACIE SANCHEZ, Appellant

## V.

## KROGER TEXAS, L.P. AND HENPIL, INC., Appellees

---

**On Appeal from the 215th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2019-31712**

---

# O R D E R

The notice of appeal in this case purports to be from an order denying a motion for reconsideration of a judgment granting a no-evidence motion for summary judgment. The letter of assignment does not reflect the date of judgment, nor does appellant's docketing statement. Appellee's mediation docketing statement claims the notice of appeal was untimely filed. We are unable to make that determination because the clerk's record has not been filed. Accordingly, we enter the following order.

The Harris County District Clerk is directed to file a clerk's record on or before January 15, 2021, containing (1) the court's judgment; (2) any request for findings of fact and conclusions of law, any post-judgment motion, and the court's order on the motion; and (3) the notice of appeal.


PER CURIAM


Panel Consists of Chief Justice Frost and Justices Jewell and Poissant.